# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DEBRA BODOR

## DEFENDANTS
DREAMLAND AMUSEMENTS, INC.

**(b)** County of Residence of First Listed Plaintiff: **Bucks County, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Placer County, NV**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael F. McCartin, Esquire
Murray L. Greenfield & Associates
9636 Bustleton Avenue

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332 (a)(1)
Brief description of cause:
Trip & fall

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** in excess of $75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 8/8/22
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 25 Hilltop Drive, Churchville, PA 18966

Address of Defendant: 297 Kingsbury Grad, Suite 1040, M.B. 4470, Lake Tahoe, NV 89449

Place of Accident, Incident or Transaction: Bucks County, Pennsylvania

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 08/08/2022    [signature] Must sign here    59562
                    *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☑ Other Personal Injury *(Please specify):* Trip & fall
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Michael F. McCartin, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 8/8/22    [signature] Sign here if applicable    59562
                *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

| | |
|---|---|
| MURRAY L. GREENFIELD & ASSOCIATES<br>By:  Murray L. Greenfield, Esquire<br>     Michael F. McCartin, Esquire<br>Attorney Identification No. 38103/59562<br>9636 Bustleton Avenue<br>Philadelphia, PA 19115<br>215-677-5300<br>murraygreenfield@verizon.net | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA BODOR<br>25 HILLTOP DRIVE<br>CHURCHVILLE, PA 18966<br><br>vs.<br><br>DREAMLAND AMUSEMENTS, INC.<br>297 KINGSBURY GRAD<br>SUITE 1040 M.B. 4470<br>LAKE TAHOE, NV 89449 | CIVIC ACTION<br><br>NO. 2:22-CV-03167<br><br>JURY TRIAL DEMANDED |

**COMPLAINT - CIVIL ACTION**
**TORTS – 360**
**TRIP AND FALL**

The Plaintiff, Debra Bodor, by and through her counsel, Murray L. Greenfield & Associates, hereby file this Complaint in support thereof avers as follows:

**NATURE OF ACTION**

1. The Plaintiff, Debra Bodor, bring this action to recover monetary damages as a result of a trip and fall incident.

**PARTIES**

2. Plaintiff, Debra Bodor, is an adult individual residing at the above-captioned address.

3. Defendant, Dreamland Amusements, Inc., is a business entity duly organized and existing pursuant to the laws of the state of Nevada, which does business in Bucks County, Bensalem Township, Pennsylvania and has business offices at the above-captioned address.

## JURISDICTION

4. The Court's jurisdiction is founded on 28 U.S.C. § 1332 (a)(1). Venue is in the Eastern District of Pennsylvania under 28 U.S.C. § 1391 (a)(1).

## GENERAL ALLEGATIONS

5. On the aforesaid date, Plaintiff was attending the Dreamland Amusements, Inc. carnival located at Neshaminy Mall, 707 Neshaminy Mall, Bensalem, PA, when suddenly and without warning she was caused to trip and fall over a photo stand, which was poorly marked and had protruding support rails, when walking from the fun house to another ride. As a result of her fall Plaintiff was caused to sustain injuries as hereinafter set forth.

## COUNT I
## DEBRA BODOR V. DREAMLAND AMUSEMENTS, INC.

6. Plaintiff incorporates by reference paragraphs 1 through 5 of this Complaint, the same as set forth fully at length herein.

7. At all times hereinafter mentioned Defendant, Dreamland Amusements, Inc., through their duly authorized agents, servants, workmen and/or employees, was the owner of the carnival operating at Neshaminy Mall, 707 Neshaminy Mall, Bensalem, Pennsylvania 19020 on June 15, 2021.

8. At all times hereinafter mentioned, Defendant, Dreamland Amusements, Inc., had the duty, as owner of the above-mentioned carnival, to keep and maintain the above said area in a reasonably safe condition for public travel thereon.

9. At all times hereinafter mentioned, Defendant, Dreamland Amusements, Inc., had under their care and direction, individually and/or through his agents, servants, workman and/or employees, control and maintenance of the carnival located at Neshaminy Mall, 707 Neshaminy Mall, Bensalem, Pennsylvania.

10. On or about June 15, 2021, there existed in the aforementioned premises certain defects to the property, with other obstructions and impediments to safe public travel.

11. The aforementioned latent and patent defects had existed prior to the aforesaid accident upon which this action arises.

12. Defendant, Dreamland Amusements, Inc., should and could have had knowledge of the existence of the aforesaid defective condition.

13. Defendant, Dreamland Amusements, Inc., by and through their authorized agents, servants, workmen and/or employees, was careless and negligent in:

    a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;

    b. failing to properly and adequately maintain the aforesaid area;

    c. failing to properly and adequately warn the plaintiff of the dangerous conditions then and there existing by putting up placards or warning signs;

    d. failing to properly and adequately inspect the said area to ascertain the existence of dangerous and unsafe conditions therein;

    e. causing and/or permitting unsafe conditions to become and remain in the said area;

    f. failing to properly and adequately correct the defective and unsafe conditions of the area; and

      g.    failing to properly mark the support railings so as to avoid a tripping hazard for patrons.

14. Solely as a result of the negligence and carelessness of the Defendant, Dreamland Amusements, Inc., Plaintiff, Debra Bodor, sustained serious injuries including, but not limited to a fracture of the surgical head of the left humerus, left arm swelling, left arm and shoulder tenderness, swelling and left shoulder injuries, all of which injuries and conditions are, or may be, permanent in nature.

15. Solely as a result of the negligence and carelessness of the Defendant, as aforesaid, Plaintiff, Debra Bodor, has been obligated to expend various sums of money for medicine, medical attention and other assistance in and about endeavoring to treat, cure and care for herself due to the aforesaid injuries, all of which may continue in the future, to her great detriment and loss.

16. Said medical bills include, but are not limited to, the following:

    a.    Bensalem Rescue Squad
          3830 Hulmeville Road
          Bensalem, PA 19020

    b.    St. Mary Medical Center
          Langhorne-Newtown Road
          Langhorne, PA 19047

    c.    Redeemer Physical Therapy
          910 Second Street Pike
          Richboro, PA 18954

    d.    Nicholas Phillips, D.O.
          Orthopedic Surgery & Rehabilitation Associates
          888 Fox Chase Road
          Rockledge, PA 19046

17. As a further result of the accident aforesaid, Plaintiff has sustained a medically determinable physical and/or mental impairment, which prevents Plaintiff from performing all,

## VERIFICATION

I, Debra Bodor, verify that the statements made in the foregoing pleading are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904, relating to unsworn falsification to authorities.

Date: 7/7/22

*Debra Bodor*
DEBRA BODOR

or substantially all of the material acts which constitute her usual and daily activities and which continues to her great detriment and loss.

18. As a further result of the accident, Plaintiff has incurred medical bills and may incur a medical lien with the Department of Public Welfare and/or Medicare.

19. As a further result of the accident, Plaintiff has suffered pain and suffering and for a period of time lost the use of her left arm requiring assistance with activities of daily living.

WHEREFORE, Plaintiff, Debra Bodor, demands judgment in her favor and against Defendant, Dreamland Amusements, Inc., Inc. in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) plus costs and interests.

Respectfully submitted,

MURRAY L. GREENFIELD & ASSOCIATES

Date: August 8, 2022

_____
MICHAEL F. McCARTIN, ESQUIRE